In the Matter of the Application of MILTON GLADSTONE, for Reinstatement as an Attorney, Petitioner.

ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Submitted January 3, 1949; decided January 13, 1949.

*Milton Gladstone,* in person, for motion.
*Einar Chrystie* and *James T. Gallagher* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.